UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MARTINEZ, HECTOR § Case No. 13-00583
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/29/2014 in Courtroom 682,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/23/2014          By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MARTINEZ, HECTOR § Case No. 13-00583
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,000.00 |
| and approved disbursements of | $ | 82.71 |
| leaving a balance on hand of[1] | $ | 2,917.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 750.00 | $ 0.00 | $ 488.42 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,699.00 | $ 0.00 | $ 2,408.88 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 30.70 | $ 0.00 | $ 19.99 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.71 | $ 2.71 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,917.29 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,666.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank South Dakota,) | $ 2,744.53 | $ 0.00 | $ 0.00 |
| 000002 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | $ 1,332.64 | $ 0.00 | $ 0.00 |
| 000003 | FIA CARD SERVICES, N.A. | $ 2,243.90 | $ 0.00 | $ 0.00 |
| 000004 | Bureaus Investment Group Portfolio No 15 LLC | $ 5,094.24 | $ 0.00 | $ 0.00 |
| 000005 | Portfolio Recovery Associates, LLC | $ 554.90 | $ 0.00 | $ 0.00 |
| 000006 | Portfolio Recovery Associates, LLC | $ 2,696.46 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                         Case No. 13-00583-JBS
Hector Martinez                                                Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: gbeemster              Page 1 of 2               Date Rcvd: Jun 24, 2014
                              Form ID: pdf006              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2014.
db          +Hector Martinez,    640 Marquette Avenue,    Calumet City, IL 60409-3908
20441586    +Atlas Acquisitions LLC (Citibank South Dakota,),    294 Union St.,   Hackensack, NJ 07601-4303
20441587    +Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
19891444   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
             4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19891445    #Bank Of America,    PO Box 15026,    Wilmington, DE 19850-5026
19891446     Bank Of America, N.A.,    450 American St,   Simi Valley, CA 93065-6285
19924509    +Bank of America, N.A.,    C/O,   Pierce & Associates,    1 N. Dearborn Ste 1300,
             Chicago, IL 60602-4373
19891447   ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Childrens Place,    Attn.: Centralized Recovery,    PO Box 20363,
             Kansas City, MO 64195)
19891448     Childrns PL / CBSD,    PO Box 6497,   Sioux Falls, SD 57117-6497
20601307    +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
19891454    +HSBC Best Buy,    1405 Foulk Road,   Wilmington, DE 19803-2769
19891453    +HSBC Best Buy,    Attn: Bankruptcy,   PO Box 5895,    Carol Stream, IL 60197-5895
19891455    +HSBC Menards,    90 Christiana Road,   New Castle, DE 19720-3118
19891452     Home Depot / CBSD,    PO Box 6497,   Sioux Falls, SD 57117-6497
19891456     Macy's / DSNB,    PO Box 8218,   Mason, OH 45040-8218
19891457    +Macy's DSNB,    9111 Duke Blvd,   Mason, OH 45040-8999
19891458    +Medical Business Bureau,    1460 Renaissance Drive,    Park Ridge, IL 60068-1349
19974351    +Ocwen Loan Servicing, LLC,    C/O,   Pierce & Associates,    1 N. Dearborn Ste 1300,
             Chicago, IL 60602-4373
19891459   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc,    Riverside Commerce Center,
             120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962)
19891460    +Sears / CBNA,    701 East 60th St N,   Sioux Falls, SD 57104-0432
19891461     Sears / CBNA,    PO Box 6282,   Sioux Falls, SD 57117-6282
19891462     Sears/Citibank SD,NA,    8725 W Sahara Avenue,   The Lakes, NV 89163-0001
19891463    +St. Margaret Mercy Health Care Cent,    5454 Hohman Avenue,    Hammond, IN 46320-1999
19891464    +T Mobile,    12920 SE 38th Street,   Bellevue, WA 98006-7305
19891465   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank NA ND,    Attn: Bankruptcy Dept,    PO Box 5229,
             Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19955103    +E-mail/Text: bnc@atlasacq.com Jun 25 2014 01:01:38     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
20628668     E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2014 01:15:09
             Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
             25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19891450     E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2014 01:13:49     GECRB/OLD NAVY,    PO Box 965005,
             Orlando, FL 32896-5005
19891451    +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2014 01:14:41     GEMB / Old Navy,    Attention: GEMB,
             PO Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19891449*  ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank USA,    Citicorp Credit Services,    PO Box 20363,
             Kansas City, MO 64195)
20788886*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    successor to CITIBANK,N.A,
             POB 41067,    Norfolk, VA 23541)
20786909*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to GE CAPITAL RETAIL BANK,    POB 41067,    Norfolk VA 23541)
                                                                            TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the filed notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: gbeemster              Page 2 of 2                   Date Rcvd: Jun 24, 2014
                               Form ID: pdf006              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2014 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Nelson    on behalf of Creditor    Ocwen Loan Servicing, LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Andrew J Nelson    on behalf of Creditor    Bank of America, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    Ocwen Loan Servicing, LLC
               northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
              Lionel  Hairston    on behalf of Debtor Hector  Martinez lionelhairston@sbcglobal.net,
               lhairst@aol.com
              Nicole A Elipas    on behalf of Debtor Hector  Martinez naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Dillon    on behalf of Creditor    Bank of America, N.A. tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 11
```