UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MARTINEZ, HECTOR § Case No. 13-00583
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 450 American St Simi Valley, CA 93065-6285 |  |  |  |  |  |
|  | Bank Of America, N.A. 450 American St Simi Valley, CA 93065-6285 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Childrens Place Attn.: Centralized Recovery PO Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank USA Citicorp Credit Services PO Box 20363 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / Old Navy Attention: GEMB PO Box 103104 Roswell, GA 30076 | | | | | |
| | HSBC Best Buy Attn: Bankruptcy PO Box 5895 Carol Stream, IL 60197 | | | | | |
| | HSBC Menards 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Home Depot / CBSD PO Box 6497 Sioux Falls, SD 57117-6497 | | | | | |
| | Macy's DSNB 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Portfolio Recovery Assoc Riverside Commerce Center 120 Corporate Blvd Ste 100 Norfolk, VA 23502-4962 | | | | | |
| | Sears / CBNA 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears / CBNA 701 East 60th St N Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Margaret Mercy Health Care Cent 5454 Hohman Avenue Hammond, IN 46320 | | | | | |
| | T Mobile 12920 SE 38th Street Bellevue, WA 98006 | | | | | |
| | US Bank  NA ND Attn: Bankruptcy Dept PO Box 5229 Cincinnati, OH 45201 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK SO | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| 000004 | BUREAUS INVESTMENT GROUP PORTFOLIO | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-00583 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MARTINEZ, HECTOR | | | | Date Filed (f) or Converted (c): | 01/07/13 (f) |
| | | | | | 341(a) Meeting Date: | 03/01/13 |
| For Period Ending: | 11/11/14 | | | | Claims Bar Date: | 08/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 640 Marquette Avenue, Calumet City, IL 60409 singl | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 652 Marquette Avenue Calumet City, IL 60409 | 120,000.00 | 0.00 | | 0.00 | FA |
| 3. cash | 150.00 | 0.00 | | 0.00 | FA |
| 4. Charter One Bank - savings | 1,300.00 | 0.00 | | 0.00 | FA |
| 5. household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. clothes | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Ford Mustang with 39000 miles - fair conditi | 1,125.00 | 0.00 | | 0.00 | FA |
| 8. 2000 Ford Focus with 96,000 miles in fair conditio | 2,000.00 | 1,575.00 | | 0.00 | FA |
| 9. 2000 Chevy Tahoe in fair condition with 106,000 mi | 4,000.00 | 1,600.00 | | 0.00 | FA |
| 10. TAX REFUND (u)   TAX REFUND | 0.00 | 6,652.00 | | 3,000.00 | FA |

TOTALS (Excluding Unknown Values)            $261,075.00       $9,827.00              $3,000.00     Gross Value of Remaining Assets
                                                                                                                     $0.00
                                                                                                      (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

727 deadline extended to 6-30-13

claims bar date set for 8-2-13

$6652 non-exempt tax refund US; email 4-30 requesting same; counsel said the refund has been spent and he may seek to amend exemptions

PAYMENTS ARE BEING MADE ON REDUCED BALANCE - COURT WOULD NOT COMPEL FULL OBLIGATION TO TURN OVER

TFR FILED Approved 7/29/14 - TDR IN PROCESS 10/14

LFORM1

Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 13-00583    JBS    Judge: JACK B. SCHMETTERER | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name:    MARTINEZ, HECTOR | Date Filed (f) or Converted (c):    01/07/13 (f) |
| | 341(a) Meeting Date:    03/01/13 |
| | Claims Bar Date:    08/02/13 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-00583 -JBS |
| Case Name: | MARTINEZ, HECTOR |
| Taxpayer ID No: | *******0046 |
| For Period Ending: | 11/11/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8553 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/13 | 10 | MARIA AND HECTOR MARTINEZ<br>640 MARQUETTE AVE<br>CALUMENT CITY, IL 60409-3908 | SETTLEMENT PAYMENT | 1124-000 | 500.00 | | 500.00 |
| 09/30/13 | 10 | HECTOR MARTINEZ<br>640 MARQUETTE AVE<br>CALUMET CITY, IL 60409-3908 | SETTLEMENT PAYMENT #2 | 1124-000 | 500.00 | | 1,000.00 |
| 11/06/13 | 10 | MARIA L. MARTINEZ<br>HECTOR MARTINEZ-GONZALEZ<br>640 MARQUETTE AVE<br>CALUMENT CITY, IL 60409-3908 | PAYMENT NUMBER 3 | 1124-000 | 500.00 | | 1,500.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,480.00 |
| 12/10/13 | 10 | MARIA AND HECTOR MARTINEZ<br>640 MARQUETTE AVE<br>CALUMET CITY, IL 60409-3908 | PAYMENT NUMBER 4 | 1124-000 | 500.00 | | 1,980.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,970.00 |
| 01/13/14 | 10 | MARIA AND HECTOR MARTINEZ | PAYMENT NUMBER 5 | 1124-000 | 500.00 | | 2,470.00 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 2.71 | 2,467.29 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,457.29 |
| 02/10/14 | 10 | MARIAN & HECTOR MARTINEZ<br>640 MARQUETTE AVE<br>CALUMENT CITY, IL 60409-3908 | MONTHLY PAYMENT 6 | 1124-000 | 500.00 | | 2,957.29 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,947.29 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,937.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,927.29 |

Page Subtotals 3,000.00 72.71

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-00583 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MARTINEZ, HECTOR | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8553 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0046 | | | |
| For Period Ending: | 11/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 10.00 | 2,917.29 |
| 07/31/14 | 010002 | MAXWELL LAW GROUP, LLC | Attorney for Trustee Expenses (Trus | | | | 2,428.87 | 488.42 |
| | | 105 W ADAMS ST. SUITE 3200 | C/O 7/29/14 | | | | | |
| | | CHICAGO, IL 60603 | | | | | | |
| | | | Fees | 2,408.88 | 3110-000 | | | |
| | | | Expenses | 19.99 | 3120-000 | | | |
| 07/31/14 | 010003 | ANDREW J. MAXWELL, TRUSTEE | Trustee Compensation | | 2100-000 | | 488.42 | 0.00 |
| | | 105 W. ADAMS | C/O 7/29/14 | | | | | |
| | | SUITE 3200 | | | | | | |
| | | CHICAGO, IL 60603 | | | | | | |

|  | COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 3,000.00 | 3,000.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 3,000.00 | 3,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8553 | 3,000.00 | 3,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,000.00 | 3,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 2,927.29

Ver: 18.03a